| | Pay Period 11/29/15 - 11/29/15 | | | | | | | Pay Period 11/30/15 - 11/30/15 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project Btx | Loan Total | Totals | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project T | Loan Tota | Total | Totals |
| AL Eastmond & Sons | $4,484.98 | $1,745.10 | $0.00 | $30,335.49 | $0.00 | ($150.00) | $36,415.57 | $929.63 | $112.52 | $0.00 | $6,067.09 | $0.00 | $0.00 | $7,109.24 | $43,524.81 |
| Eastmond & Sons Boiler Repair | 16,806.59 | 439.29 | 1,059.31 | 4,673.09 | 3,453.00 | (50.00) | 26,381.28 | 3,934.68 | 0.00 | 0.00 | 934.62 | 0.00 | 0.00 | 4,869.30 | 31,250.58 |
| Easco Boiler Corp. | 30,621.60 | 8,651.13 | 2,246.24 | 5,855.62 | 0.00 | (75.00) | 47,299.59 | 7,072.19 | 843.62 | 381.56 | 414.87 | 0.00 | 0.00 | 8,712.24 | 56,011.83 |
| Totals | $51,913.17 | $10,835.52 | $3,305.55 | $40,864.20 | $3,453.00 | ($275.00) | $110,096.44 | $11,936.50 | $956.14 | $381.56 | $7,416.58 | $0.00 | $0.00 | $20,690.78 | $130,787.22 |
| | | | | | | | 110,096.44 | | | | | | | 20,690.78 | 130,787.22 |
| | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| | | | | | | | 110,096.44 | | | | | | | 20,512.15 | 130,787.22 |

15-13214-shl    Doc 3-1    Filed 12/01/15    Entered 12/01/15 17:35:17    Exhibit A - Wages Spreadsheet    Pg 1 of 4

| | Pay Period 11/29/15 - 11/29/15 | | | | | | | Pay Period 11/30/15 - 11/30/15 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project Btx | Loan Total | Totals | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project T | Loan Tota | Total | Totals |

**AL Eastmond & Sons**

| | Hourly Rate | O/T Hr Rate | Prev Wge Rate | Regular Hours | O/Time Hours | Prev Wge Hours | Hourly Totals | O/T Totals | Wage Totals | Salary Total | Project Total | Loan Total | Totals | Regular Hours | O/Time Hours | Prev Wge Hours | Hourly Totals | O/T Totals | Wage Totals | Salary Totals | Project Total | Loan Total | Totals | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Pay Period 11/23/15 - 11/29/15 | | | | | Prevailing | | | | | Pay Period 11/23/15 - 1 | Pay Period 11/30/15 - 11/30/15 | | | | Prevailing | | | | Pay Period 11/30/15 - 1 | 11/23/15 - 12 |
| Bolden, Henry | $8.75 | $13.13 | $0.00 | 40.00 | 45.00 | 0.00 | $350.00 | $590.85 | $0.00 | $0.00 | $0.00 | $0.00 | $940.85 | 8.00 | 4.00 | 0.00 | $70.00 | $52.52 | $0.00 | $0.00 | $0.00 | | $122.52 | $1,063.37 |
| Campos, Renzo | 20.30 | 30.45 | | 40.00 | 0.00 | 0.00 | 812.00 | 0.00 | 0.00 | | | | 812.00 | 8.00 | 0.00 | 0.00 | 162.40 | 0.00 | 0.00 | | | | 162.40 | 974.40 |
| Considine, Kevin | | | | | | | | | | 2,403.85 | | | 2,403.85 | | | | | | | 480.77 | | | 480.77 | 2,884.62 |
| Cruz Del Valle, Idalia | | | | | | | | | | 1,450.00 | | (150.00) | 1,300.00 | | | | | | | 290.00 | | | 290.00 | 1,590.00 |
| Eastmond, Daven G | 12.00 | 18.00 | | 11.00 | 0.00 | 0.00 | 132.00 | 0.00 | 0.00 | | | | 132.00 | 8.00 | 0.00 | 0.00 | 96.00 | 0.00 | 0.00 | | | | 96.00 | 228.00 |
| Eastmond, Frederick | | | | | | | | | | 1,538.46 | | | 1,538.46 | | | | | | | 307.69 | | | 307.69 | 1,846.15 |
| Eastmond, Leon | | | | | | | | | | 12,475.00 | | | 12,475.00 | | | | | | | 2,495.00 | | | 2,495.00 | 14,970.00 |
| Eastmond, Tyren | | | | | | | | | | 2,884.62 | | | 2,884.62 | | | | | | | 576.92 | | | 576.92 | 3,461.54 |
| Eastmond, III, Arlingto | 20.00 | 30.00 | | 40.00 | 0.00 | 0.00 | 800.00 | 0.00 | 0.00 | | | | 800.00 | 8.00 | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | | | | 160.00 | 960.00 |
| Maldonado, Marianne | 26.40 | 39.61 | | 47.00 | | | 1,240.98 | 0.00 | 0.00 | | | | 1,240.98 | 8.00 | 0.00 | 0.00 | 211.23 | 0.00 | 0.00 | | | | 211.23 | 1,452.21 |
| Myers, Gail | | | | | | | | | | 1,153.85 | | | 1,153.85 | | | | | | | 230.77 | | | 230.77 | 1,384.62 |
| Petrone, Lawrence D | | | | | | | | | | 2,403.85 | | | 2,403.85 | | | | | | | 480.77 | | | 480.77 | 2,884.62 |
| Smith, Mickel L | 10.00 | 15.00 | | 40.00 | 45.00 | 0.00 | 400.00 | 675.00 | 0.00 | | | | 1,075.00 | 8.00 | 4.00 | 0.00 | 80.00 | 60.00 | 0.00 | | | | 140.00 | 1,215.00 |
| Sosin, Benjamin | | | | | | | | | | 1,623.82 | | | 1,623.82 | | | | | | | 324.76 | | | 324.76 | 1,948.58 |
| Stewart, Dolly | 10.00 | 15.00 | | 40.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | | | | 400.00 | 8.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | | | | 80.00 | 480.00 |
| Stranzl, Emil | | | | | | | | | | 2,403.84 | | | 2,403.84 | | | | | | | 480.77 | | | 480.77 | 2,884.61 |
| Thomas Jr, Dennis | 8.75 | 13.13 | | 40.00 | 36.50 | 0.00 | 350.00 | 479.25 | 0.00 | | | | 829.25 | 8.00 | 0.00 | 0.00 | 70.00 | 0.00 | 0.00 | | | | 70.00 | 899.25 |
| Tong, Daqun | | | | | | | | | | 1,998.20 | | | 1,998.20 | | | | | | | 399.64 | | | 399.64 | 2,397.84 |
| Totals | | | | | | | $4,484.98 | $1,745.10 | $0.00 | $30,335.49 | $0.00 | ($150.00) | $36,415.57 | | | | $929.63 | $112.52 | $0.00 | $6,067.09 | $0.00 | $0.00 | $7,109.24 | $43,524.81 |
| 18 | | | | | | | | | | | | | 36,415.57 | | | | | | | | | | 7,109.24 | 43,524.81 |

Eastmond & Sons Boiler Repair

| | Hourly Rate | O/T Hr Rate | Prev Wge Rate | Regular Hours | O/Time Hours | Prev Wge Hours | Hourly Totals | O/T Tot | Prevailing Wage Totals | Salary Tot | Project Total | Loan Total | Totals | Regular Hours | O/Time Hours | Prev Wge Hours | Hourly Totals | O/T Tot | Prevailing Wage Tot | Salary Tot | Project To | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Pay Period 11/23/15 - 11/29/15 | | | | | | | Pay Period 11/23/15 - 11/29/15 | Pay Period 11/30/15 - 12/01/15 | | | | Pay Period 11/30/15 - 12/01, 11/23/15 - 12/0 | |
| Acosta, Heraclio | $30.30 | $45.45 | $0.00 | 16.00 | 0.00 | 0.00 | $484.80 | $0.00 | $0.00 | $0.00 | $1,115.00 | $0.00 | $1,599.80 | 8.00 | 0.00 | 0.00 | $242.40 | $0.00 | $0.00 | $0.00 | $0.00 | $242.40 | $1,842.20 |
| Andujar, Demetri | 23.55 | 35.32 | | 16.00 | 0.00 | | 376.72 | 0.00 | 0.00 | | 1,223.00 | | 1,599.72 | 8.00 | 0.00 | 0.00 | 188.36 | 0.00 | 0.00 | | | 188.36 | 1,788.08 |
| Baque, Augusto A | 30.00 | 45.00 | 30.00 | 8.00 | 1.50 | 16.00 | 240.00 | 67.50 | 480.00 | | | | 787.50 | 8.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | | | 240.00 | 1,027.50 |
| Centeno, Manuel | 25.75 | 38.62 | | 40.00 | 0.50 | | 1,029.80 | 19.31 | 0.00 | | | | 1,049.11 | 8.00 | 0.00 | 0.00 | 205.96 | 0.00 | 0.00 | | | 205.96 | 1,255.07 |
| Hayden Mickhel | 24.00 | 36.00 | | | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| James, Albert N | 25.95 | 38.92 | | 39.50 | 0.00 | | 1,024.83 | 0.00 | 0.00 | | | | 1,024.83 | 8.00 | 0.00 | 0.00 | 207.56 | 0.00 | 0.00 | | | 207.56 | 1,232.39 |
| Kelly, Manton | 19.20 | 28.79 | | 40.00 | 0.00 | | 767.80 | 0.00 | 0.00 | | | | 767.80 | 8.00 | 0.00 | 0.00 | 153.56 | 0.00 | 0.00 | | | 153.56 | 921.36 |
| Llanos, Victorio | 12.00 | 18.00 | | 40.00 | 1.00 | | 480.00 | 18.00 | 0.00 | | | | 498.00 | 8.00 | 0.00 | 0.00 | 96.00 | 0.00 | 0.00 | | | 96.00 | 594.00 |
| Martinez, Pablo | 26.55 | 39.82 | | 40.00 | 3.50 | | 1,061.80 | 139.37 | 0.00 | | | | 1,201.17 | 8.00 | 0.00 | 0.00 | 212.36 | 0.00 | 0.00 | | | 212.36 | 1,413.53 |
| McCalla, Michael | 19.16 | 28.74 | 8.75 | 40.00 | 0.00 | 31.00 | 766.41 | 0.00 | 271.25 | | | | 1,037.66 | 8.00 | 0.00 | 0.00 | 153.28 | 0.00 | 0.00 | | | 153.28 | 1,190.94 |
| McCoy, Eugene | 25.00 | 37.50 | | 40.00 | 0.00 | | 1,000.00 | 0.00 | 0.00 | | | | 1,000.00 | 8.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | | | 200.00 | 1,200.00 |
| McGill, Artie | 33.93 | 50.89 | | 40.00 | 0.00 | | 1,357.00 | 0.00 | 0.00 | | | | 1,357.00 | 8.00 | 0.00 | 0.00 | 271.40 | 0.00 | 0.00 | | | 271.40 | 1,628.40 |
| Medina, Ramon | 18.10 | 27.14 | | 40.00 | 0.50 | | 723.80 | 13.57 | 0.00 | | | | 737.37 | 8.00 | 0.00 | 0.00 | 144.76 | 0.00 | 0.00 | | | 144.76 | 882.13 |
| Medina Garcia, W | 10.00 | 15.00 | | 39.00 | 0.00 | | 390.00 | 0.00 | 0.00 | | | | 390.00 | 8.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | | | 80.00 | 470.00 |
| Perez, Hector | 25.30 | 37.95 | | 56.00 | 2.50 | | 1,416.80 | 94.88 | 0.00 | | | | 1,511.68 | 8.00 | 0.00 | 0.00 | 202.40 | 0.00 | 0.00 | | | 202.40 | 1,714.08 |
| Ramos, Ernesto | 19.20 | 28.79 | | 40.00 | 0.00 | | 767.80 | 0.00 | 0.00 | | | | 767.80 | 8.00 | 0.00 | 0.00 | 153.56 | 0.00 | 0.00 | | | 153.56 | 921.36 |
| Read, Reymundo | 24.70 | 37.04 | | 40.00 | 0.00 | | 987.81 | 0.00 | 0.00 | | | | 987.81 | 8.00 | 0.00 | 0.00 | 197.56 | 0.00 | 0.00 | | | 197.56 | 1,185.37 |
| Rosario, Pedro | 30.30 | 45.45 | | 16.00 | 0.00 | | 484.80 | 0.00 | 0.00 | | 1,115.00 | | 1,599.80 | 8.00 | 0.00 | 0.00 | 242.40 | 0.00 | 0.00 | | | 242.40 | 1,842.20 |
| Sanchez, Jose | 16.30 | 24.45 | | 40.00 | 1.00 | | 652.00 | 24.45 | 0.00 | | | | 676.45 | 8.00 | 0.00 | 0.00 | 130.40 | 0.00 | 0.00 | | | 130.40 | 806.85 |
| Singh, Rajnarine | 38.65 | 57.97 | 38.65 | 34.50 | 0.00 | 5.50 | 1,333.26 | 0.00 | 212.58 | | | (50.00) | 1,495.84 | 8.00 | 0.00 | 0.00 | 309.16 | 0.00 | 0.00 | | | 309.16 | 1,805.00 |
| Singh Jr., Rajnarin | 10.30 | 15.45 | 17.36 | 34.50 | 0.00 | 5.50 | 355.35 | 0.00 | 95.48 | | | | 450.83 | 8.00 | 0.00 | 0.00 | 82.40 | 0.00 | 0.00 | | | 82.40 | 533.23 |
| Suero, Julio | 27.65 | 41.47 | | 40.00 | 1.50 | | 1,105.81 | 62.21 | 0.00 | | | | 1,168.02 | 8.00 | 0.00 | 0.00 | 221.16 | 0.00 | 0.00 | | | 221.16 | 1,389.18 |
| Tomasetti, Neil A | | | | | | | | | | 2,403.85 | | | 2,403.85 | | | | | | | 480.77 | | 480.77 | 2,884.62 |
| Vega, David | | | | | | | | | | 2,269.24 | | | 2,269.24 | | | | | | | 453.85 | | 453.85 | 2,723.09 |
| Totals | | | | | | | $16,806.59 | $439.29 | $1,059.31 | $4,673.09 | $3,453.00 | ($50.00) | $26,381.28 | | | | $3,934.68 | $0.00 | $0.00 | $934.62 | $0.00 | $4,869.30 | $31,250.58 |
| 24 | | | | | | | | | | | | | 26,381.28 | | | | | | | | | 4,869.30 | 31,250.58 |

**Easco Boiler Corp.**

| Name | Hourly Rate | 2nd Hr Rate | Prev Wge Rate | Regular Hours | O/Time Hours | Prev Wge Hours | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project To | Loan Total | Totals | Regular Hours | O/Time Hours | | Hourly Totals | O/T Totals | Prevailing Wage Totals | Salary Total | Project To | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Period | | | | 11/23/15 - 11/29/15 | | | | | | | | | | 11/23/15 - 11 | 11/30/15 - 12/01/15 | | | | | | | 11/30/15 - 12 | 11/23/15 - 12/ |
| Adams, Rolando | $19.80 | $29.70 | $0.00 | 40.00 | 1.50 | 0.00 | $792.00 | $44.55 | $0.00 | $0.00 | $0.00 | $0.00 | $836.55 | 8.00 | 1.00 | | $158.40 | $29.70 | $0.00 | $0.00 | $0.00 | $188.10 | $1,024.65 |
| Arrufatt, Victor | 15.00 | 22.50 | | 15.50 | | | 232.50 | 0.00 | 0.00 | | | | 232.50 | 8.00 | 0.00 | | 120.00 | 0.00 | 0.00 | | | 120.00 | 352.50 |
| Avalos, Jose | 25.00 | 37.50 | | 38.50 | 2.00 | | 962.50 | 75.00 | 0.00 | | | | 1,037.50 | 8.00 | 0.00 | | 200.00 | 0.00 | 0.00 | | | 200.00 | 1,237.50 |
| Beneventine, Michael | 17.30 | 25.00 | | 16.00 | 24.00 | | 276.80 | 600.00 | 0.00 | | | | 876.80 | 6.00 | 2.00 | | 103.80 | 50.00 | 0.00 | | 0.00 | 153.80 | 1,030.60 |
| Blair, Percy | 27.45 | 41.18 | | 40.00 | 1.50 | | 1,098.00 | 61.77 | 0.00 | | | | 1,159.77 | 8.00 | 1.00 | | 219.60 | 41.18 | 0.00 | | | 260.78 | 1,420.55 |
| Cano, Raul | 40.00 | 60.00 | | 24.00 | 4.00 | | 960.00 | 240.00 | 0.00 | | | | 1,200.00 | 8.00 | 0.00 | | 320.00 | 0.00 | 0.00 | | | 320.00 | 1,520.00 |
| Castillo, Daniel | 18.00 | 27.00 | | 39.00 | | | 702.00 | 0.00 | 0.00 | | | | 702.00 | 8.00 | 0.00 | | 144.00 | 0.00 | 0.00 | | | 144.00 | 846.00 |
| Cortez, Roberto | 25.68 | 38.52 | | 40.00 | 2.00 | | 1,027.20 | 77.04 | 0.00 | | | | 1,104.24 | 8.00 | 0.00 | | 205.44 | 0.00 | 0.00 | | | 205.44 | 1,309.68 |
| Cruz, Francisco | 21.93 | 32.90 | | 38.50 | 1.00 | | 844.31 | 32.90 | 0.00 | | | | 877.21 | 8.00 | 0.00 | | 175.44 | 0.00 | 0.00 | | | 175.44 | 1,052.65 |
| Custodio, Miguel | 12.50 | 18.75 | | 23.50 | | | 293.75 | 0.00 | 0.00 | | | | 293.75 | 8.00 | 0.00 | | 100.00 | 0.00 | 0.00 | | | 100.00 | 393.75 |
| De Los Angeles, Alexcy | 12.00 | 18.00 | | 39.00 | 0.50 | | 468.00 | 9.00 | 0.00 | | | | 477.00 | 8.00 | 0.00 | | 96.00 | 0.00 | 0.00 | | | 96.00 | 573.00 |
| Delgado, Nexar | 18.10 | 27.15 | | 40.00 | 1.50 | | 724.00 | 40.73 | 0.00 | | | | 764.73 | 8.00 | 0.00 | | 144.80 | 0.00 | 0.00 | | | 144.80 | 909.53 |
| Donastorg, Martin | 16.65 | 25.00 | | 16.00 | 24.00 | | 266.32 | 600.00 | 0.00 | | | | 866.32 | 4.00 | 4.00 | | 66.58 | 100.00 | 0.00 | | 0.00 | 166.58 | 1,032.90 |
| Eastmond, Troy M | | 0.00 | | | | | | | 0.00 | 1,037.17 | | | 1,037.17 | | | | | | | 414.87 | | 414.87 | 1,452.04 |
| Figuereo, Pedro J | 15.00 | 22.50 | | 40.00 | | | 600.00 | 0.00 | 0.00 | | | | 600.00 | 8.00 | 0.00 | | 120.00 | 0.00 | 0.00 | | | 120.00 | 720.00 |
| Florentino, Juan | 25.93 | 35.00 | 36.00 | 16.00 | 24.00 | 20.00 | 414.80 | 840.00 | 720.00 | | | | 1,974.80 | 4.00 | 4.00 | | 103.70 | 140.00 | 0.00 | | 0.00 | 243.70 | 2,218.50 |
| Fuentes, John | 12.00 | 18.00 | | 16.00 | | | 192.00 | 0.00 | 0.00 | | | | 192.00 | 8.00 | 0.00 | | 96.00 | 0.00 | 0.00 | | | 96.00 | 288.00 |
| Fuentes, Julio | 15.30 | 22.95 | | 32.00 | | | 489.60 | 0.00 | 0.00 | | | | 489.60 | 8.00 | 0.00 | | 122.40 | 0.00 | 0.00 | | | 122.40 | 612.00 |
| Garcia Cabrera, Pedro | 15.00 | 22.50 | | 40.00 | | | 600.00 | 0.00 | 0.00 | | | | 600.00 | 8.00 | 0.00 | | 120.00 | 0.00 | 0.00 | | | 120.00 | 720.00 |
| Garcia Cabrera, Ramo | 16.00 | 22.50 | | 20.00 | 28.00 | | 320.00 | 630.00 | 0.00 | | | | 950.00 | 4.00 | 4.00 | | 64.00 | 90.00 | 0.00 | | 0.00 | 154.00 | 1,104.00 |
| Gobin, Yasudas | 20.30 | 30.45 | | 40.00 | | | 812.00 | 0.00 | 0.00 | | | | 812.00 | 8.00 | 0.00 | | 162.40 | 0.00 | 0.00 | | | 162.40 | 974.40 |
| Gomez, Percio | 14.80 | 22.19 | | 32.00 | | | 473.44 | 0.00 | 0.00 | | | | 473.44 | 8.00 | 0.00 | | 118.36 | 0.00 | 0.00 | | | 118.36 | 591.80 |
| Harvey, Elvis | 26.67 | 32.50 | 95.39 | 6.00 | 6.00 | 8.00 | 160.02 | 195.00 | 763.12 | | | | 1,118.14 | 2.00 | 2.00 | 2.00 | 53.34 | 65.00 | 190.78 | | 0.00 | 309.12 | 1,427.26 |
| Harvey, Phisroy | 26.67 | 32.50 | 95.39 | 6.00 | 6.00 | 8.00 | 160.02 | 195.00 | 763.12 | | | | 1,118.14 | 2.00 | 2.00 | 2.00 | 53.34 | 65.00 | 190.78 | | 0.00 | 309.12 | 1,427.26 |
| Jimenez, Franklin | 12.00 | 18.00 | | 40.00 | | | 480.00 | 0.00 | 0.00 | | | | 480.00 | 8.00 | 0.00 | | 96.00 | 0.00 | 0.00 | | | 96.00 | 576.00 |
| Khan, Tahir | | 0.00 | | | | | | | 0.00 | 2,414.80 | | | 2,414.80 | | | | | | | | 0.00 | 0.00 | 2,414.80 |
| Lee, Gary | 16.38 | 24.57 | | 40.00 | | | 655.20 | 0.00 | 0.00 | | | | 655.20 | 8.00 | 0.00 | | 131.04 | 0.00 | 0.00 | | | 131.04 | 786.24 |
| Leonardo Martinez, El | 14.00 | 21.00 | | 25.00 | | | 350.00 | 0.00 | 0.00 | | | | 350.00 | 8.00 | 0.00 | | 112.00 | 0.00 | 0.00 | | | 112.00 | 462.00 |
| Lora, Luis | | 0.00 | | | | | | | 0.00 | 2,403.65 | | | 2,403.65 | | | | | | | | 0.00 | 0.00 | 2,403.65 |
| Mahendramauth, Han | 22.30 | 33.45 | | 40.00 | 15.00 | | 892.00 | 501.75 | 0.00 | | | | 1,393.75 | 6.00 | 1.00 | | 133.80 | 33.45 | 0.00 | | | 167.25 | 1,561.00 |
| Mansfield, Gershwin | 12.30 | 18.45 | | 40.00 | | | 492.00 | 0.00 | 0.00 | | | | 492.00 | 8.00 | 0.00 | | 98.40 | 0.00 | 0.00 | | | 98.40 | 590.40 |
| McLaughlin, Christoph | 15.30 | 25.00 | | 16.00 | 16.00 | | 244.80 | 400.00 | 0.00 | | | | 644.80 | 8.00 | 0.00 | | 122.40 | 0.00 | 0.00 | | 0.00 | 122.40 | 767.20 |
| Medina, Eric | 14.30 | 21.45 | | 40.00 | | | 572.00 | 0.00 | 0.00 | | | | 572.00 | 8.00 | 0.00 | | 114.40 | 0.00 | 0.00 | | | 114.40 | 686.40 |
| Medina, Harold | 15.20 | 22.80 | | 40.00 | | | 608.00 | 0.00 | 0.00 | | | | 608.00 | 8.00 | 0.00 | | 121.60 | 0.00 | 0.00 | | | 121.60 | 729.60 |
| Mendoza, Roberto | 37.95 | 56.93 | | 40.00 | | | 1,518.00 | 0.00 | 0.00 | | | | 1,518.00 | 8.00 | 0.00 | | 303.60 | 0.00 | 0.00 | | | 303.60 | 1,821.60 |
| Mendoza, Santiago | 20.55 | 27.68 | | 20.00 | 28.00 | | 410.90 | 775.00 | 0.00 | | | | 1,185.90 | 6.00 | 2.00 | | 123.27 | 55.36 | 0.00 | | | | |
| Monge, Luis O | 15.68 | 23.52 | | 40.00 | 2.00 | | 627.20 | 47.04 | 0.00 | | | | 674.24 | 8.00 | 0.00 | | 125.44 | 0.00 | 0.00 | | | 125.44 | 799.68 |
| Negron, Pedro | 12.30 | 18.45 | | 40.00 | | | 492.00 | 0.00 | 0.00 | | | | 492.00 | 8.00 | 0.00 | | 98.40 | 0.00 | 0.00 | | | 98.40 | 590.40 |
| Otanez, Pablo | 15.93 | 23.89 | | 32.00 | | | 509.60 | 0.00 | 0.00 | | | | 509.60 | 8.00 | 0.00 | | 127.40 | 0.00 | 0.00 | | | 127.40 | 637.00 |
| Paulino, Francisco | 16.45 | 28.57 | | 16.00 | 28.00 | | 263.12 | 800.00 | 0.00 | | | | 1,063.12 | 6.00 | 2.00 | | 98.67 | 57.14 | 0.00 | | 0.00 | 155.81 | 1,218.93 |
| Paulino, Julio C. | 17.60 | 30.00 | | 16.00 | 24.00 | | 281.52 | 720.00 | 0.00 | | | | 1,001.52 | 6.00 | 2.00 | | 105.57 | 60.00 | 0.00 | | 0.00 | 165.57 | 1,167.09 |
| Pena, Jose Jr | 20.84 | 31.26 | | 39.00 | | | 812.76 | 0.00 | 0.00 | | | | 812.76 | 8.00 | 0.00 | | 166.72 | 0.00 | 0.00 | | | 166.72 | 979.48 |
| Persaud, Dokaran | 18.65 | 27.98 | | 39.00 | 15.00 | | 727.35 | 419.70 | 0.00 | | | | 1,147.05 | 8.00 | 0.00 | | 149.20 | 0.00 | 0.00 | | | 149.20 | 1,296.25 |
| Razakou, Mouhamede | 13.00 | 19.50 | | 24.00 | | | 312.00 | 0.00 | 0.00 | | | | 312.00 | 8.00 | 0.00 | | 104.00 | 0.00 | 0.00 | | | 104.00 | 416.00 |
| Read, Agustine | 15.20 | 28.39 | | 16.00 | 28.00 | | 243.20 | 795.00 | 0.00 | | | | 1,038.20 | 6.00 | 2.00 | | 91.20 | 56.79 | 0.00 | | 0.00 | 147.99 | 1,186.19 |
| Rivera, Victor | 25.30 | 37.95 | | 40.00 | | | 1,012.00 | 0.00 | 0.00 | | | | 1,012.00 | 8.00 | 0.00 | | 202.40 | 0.00 | 0.00 | | | 202.40 | 1,214.40 |
| Rondon Santana, Mar | 15.00 | 22.50 | | 23.50 | | | 352.50 | 0.00 | 0.00 | | | | 352.50 | 8.00 | 0.00 | | 120.00 | 0.00 | 0.00 | | | 120.00 | 472.50 |
| Santos, Rafael | 17.20 | 27.81 | | 16.00 | 16.00 | | 275.12 | 445.00 | 0.00 | | | (75.00) | 645.12 | 8.00 | 0.00 | | 137.56 | 0.00 | 0.00 | | 0.00 | 137.56 | 782.68 |
| Serrano, Ismael | 16.00 | 24.00 | | 40.00 | | | 640.00 | 0.00 | 0.00 | | | | 640.00 | 8.00 | 0.00 | | 128.00 | 0.00 | 0.00 | | | 128.00 | 768.00 |
| Terrero, Jose D | 15.68 | 23.52 | | 40.00 | | | 627.20 | 0.00 | 0.00 | | | | 627.20 | 8.00 | 0.00 | | 125.44 | 0.00 | 0.00 | | | 125.44 | 752.64 |
| Torres, Edwin | 15.00 | 22.50 | | 40.00 | 1.50 | | 600.00 | 33.75 | 0.00 | | | | 633.75 | 8.00 | 0.00 | | 120.00 | 0.00 | 0.00 | | | 120.00 | 753.75 |
| Urbistondo, Anthony, | 12.00 | 18.00 | | 39.00 | 1.50 | | 468.00 | 27.00 | 0.00 | | | | 495.00 | 8.00 | 0.00 | | 96.00 | 0.00 | 0.00 | | | 96.00 | 591.00 |
| Valcarcel, Angel L | 20.43 | 30.65 | | 39.00 | | | 796.77 | 0.00 | 0.00 | | | | 796.77 | 8.00 | 0.00 | | 163.44 | 0.00 | 0.00 | | | 163.44 | 960.21 |
| Vergara Valencia, Rog | 15.30 | 22.95 | | 43.00 | 2.00 | | 657.90 | 45.90 | 0.00 | | | | 703.80 | 8.00 | 0.00 | | 122.40 | 0.00 | 0.00 | | | 122.40 | 826.20 |
| Williams, Lennox | 29.10 | 43.65 | | 40.00 | | | 1,164.00 | 0.00 | 0.00 | | | | 1,164.00 | 8.00 | 0.00 | | 232.80 | 0.00 | 0.00 | | | 232.80 | 1,396.80 |
| Wu, Jianxin | 16.68 | 25.02 | | 40.00 | | | 667.20 | 0.00 | 0.00 | | | | 667.20 | 8.00 | 0.00 | | 133.44 | 0.00 | 0.00 | | | 133.44 | 800.64 |
| Totals | | | | | | | ######## | ######## | $2,246.24 | $5,855.62 | $0.00 | ($75.00) | $47,299.59 | | | | $7,072.19 | $843.62 | $381.56 | $414.87 | $0.00 | $8,533.61 | $54,647.30 |
| 56 | | | | | | | | | | | | | 47,299.59 | | | | | | | | | 8,712.24 | 55,833.20 |